**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28736/0004973264

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Christopher Keith Michael<br>    Debtor.<br>_____<br>PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage Co.<br>    Movant,<br>  vs.<br><br>Christopher Keith Michael, Debtor, David A. Birdsell, Trustee.<br><br>    Respondents. | No. 2:09-BK-28787-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #13) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 12, 2006 and recorded in the office of the Maricopa County Recorder wherein PNC Mortgage, a division of PNC Bank, NA, fka National City Mortgage Co. is the current beneficiary and Christopher Keith Michael has an interest in, further described as:

> Parcel NO.1:
> That portion of the Southwest quarter of Section Seventeen (17), Township Two (2) South, Range Seven (7) East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
> The West 309.42 feet of the North 727 feet of the following described property:
> That portion of Lot Nine (9), AMENDED RESULTS OF SURVEY, SUN VALLEY FARMS UNIT III,
> according to Book 198 of Maps, page 30, records of Maricopa County, Arizona, more particularly described as follows;
> Beginning at the Northwest corner of said Lot 9, thence North 89 degrees 57 minutes 22 seconds East a distance of 619.94 feet to the Northwest corner of the property described in Deed recorded August 29, 1995 in Document No. 95-0518947; thence South 00 degrees 41 minutes 07 seconds East along the West line of said property, a distance of 1371.40 feet to a point on the South line of said Lot 9; thence South 89 degrees 52 minutes 25 seconds West along said South line, a distance of 615.57 feet to the Southwest corner of said Lot 9; thence North 00 degrees 52 minutes 06 seconds West along the West line of said Lot 9, a distance of 1372.35 feet to the TRUE POINT OF BEGINNING.
> Except the North 176 feet thereof, and
> Except the South 352 feet thereof.
> parcel No.2:
> An easement for ingress, egress, irrigation and public utilities over the following described property:
> That portion of the Southwest quarter of Section Seventeen (17), Township Two (2) South, Range Seven (7) East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
> A strip of land 30 feet in width, the center line of which is the southerly prolongation of the East line of Parcel NO. 1 above.
> parcel No.3:
> An Easement for ingress, egress and public utilities over the East 15 ,f of the following described property:
> That portion of the Southwest quarter of Section 17, Township 2 South, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
> The West 309.42 feet of the North 727 feet of the following described property:
> That portion of Lot 9, Amended Results of Survey, Sun Valley Farms Unit III, according to Book 198 of Maps, page 3D, records of Maricopa County, Arizona, more particularly described as follows:
> Beginning at the Northwest corner of said Lot 9;
> Thence North 89 degrees 57 minutes 22 seconds East a distance of 619.94 feet to the Northwest corner of the property described in Deed recorded August 29, 1995 in Document No. 95-0518947;
> Thence South 00 degrees 41 minutes 07 seconds East along the West line of said property, a distance of 1371.40 feet to a point on the South line of said Lot 9;

Thence South 89 degrees 52 minutes 25 seconds West along said South line, a distance of 615.57 feet to the Southwest corner of said Lot 9;
Thence North 00 degrees 52 minutes 06 seconds West along the West line of said Lot 9, a distance of 1372.35 feet to the True Point of Beginning;
Except the North 176.00 feet and the South 352 feet
Parcel NO.4:
An easement for ingress, egress and public utilities over the West 15 feet of the following described property:
That portion of the Southwest quarter of Section 17, Township 2 South, Range 7 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, described as follows:
The North 727 feet of the following described property:
That portion of Lot 9, Amended Results of Survey, Sun Valley Farms Unit III, according to Book 198 of Maps, page 3D, records of Maricopa County, Arizona, more particularly described as follows:
Beginning at the Northwest corner of said Lot 9;
Thence North 89 degrees 57 minutes 22 seconds East a distance of 619.94 feet to the Northwest corner of the property described in Deed recorded August 29, 1995 in Document No. 95-0518947;
Thence South 00 degrees 41 minutes 07 seconds East along the West line of said property, a distance of 1371.40 feet to a point on the South line of said Lot 9;
Thence South 89 degrees 52 minutes 25 seconds West along said South line, a distance of 615.57 feet to the Southwest corner of said Lot 9;
Thence North 00 degrees 52 minutes 06 seconds West along the West line of said Lot 9, a distance of 1372.35 feet to the True Point of Beginning;
Except the West 309.42 feet of said 727 feet.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT